# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ERIC PANTER,

        Defendant.

2:13-cr-00250-JAD-VCF

**ORDER**

The Court has received a violation report from Pretrial Services.

Accordingly,

IT IS HEREBY ORDERED that a hearing regarding conditions of pretrial release is scheduled for 11:00 AM, September 8, 2017, in Courtroom 3D.

DATED this 29th day of August, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE